FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA THOMAS STONE-YATES,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 4:18-CV-05084-MKD<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**ECF Nos. 16, 20** |

BEFORE THE COURT is the parties' Stipulated Motion for Remand, ECF No. 20, of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Leisa Wolf represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**.

ORDER - 1

2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

On remand the administrative law judge (ALJ) shall: (i) reevaluate and further develop the medical record with reconsideration of the severity of Plaintiff's physical impairments, particularly migraines and chronic pain; (ii) obtain a current psychological consultative examination; (iii) obtain expert medical expert testimony to reconsider the nature and severity of Plaintiff's physical impairments; (iv) reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; (v) reevaluate steps four and five with the assistance of a vocational expert and consider that evidence pursuant to SSR 00-4p; and (vi) issue a new decision.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 16,** is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED December 27, 2018.

                    s/Mary K. Dimke
                  MARY K. DIMKE
        UNITED STATES MAGISTRATE JUDGE